

# Fourth Court of Appeals
## San Antonio, Texas

March 25, 2019

No. 04-18-00512-CR

**EX PARTE** Steven **ROBLES**,

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR1302-W1
Honorable Catherine Torres-Stahl, Judge Presiding

# O R D E R

On March 7, 2019 and March 13, 2019, appellant filed a pro se "Motion to Obtain Transcript/Court Reporters [sic] and Appellate Records Designated on Appeal Review" and pro se "Motion to Obtain Transcript and Clerks [sic] Record to File For Habeas Corpus Extraordinary Relief," seeking a copy of the appellate record. We granted that relief on February 12, 2019, and on February 13, 2019, we mailed appellant a copy of the clerk's record and supplemental clerk's record. In our March 8, 2019 order, we also confirmed that there is no reporter's record in this case. For these reasons, we **DENY** appellant's motions requesting copies of the appellate record as **MOOT**.

On March 7, 2019, appellant also filed a pro se "Motion for Leave to File Late Notice of Appeal," seeking permission to file a late notice of appeal. This Court construed appellant's pro se "Defendant's Designation of Record for Habeas Appeal" filed on July 18, 2018 as a timely notice of appeal. We therefore **DENY** appellant's motion for leave as **MOOT**.

On March 13, 2019, appellant filed a pro se "Application for Leave to File/Legal Memoranda, Petition for Writ of Coram Nobis, Writ of Error," raising, among other things, substantive challenges to his conviction. After consideration, we **DENY** that motion without prejudice and advise appellant that legal arguments should be presented in his pro se brief if he desires to file one. *See* TEX. R. APP. P. 38. Appellant is reminded his pro se brief, should he decide to file one, is due on or before April 22, 2019.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of March, 2019.



KEITH E. HOTTLE,
Clerk of Court